IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DEMARIO D. WALKER, #L1625**                               **PLAINTIFF**

v.                                          **CAUSE NO. 1:17-cv-283-LG-RHW**

**ANGIE HOLLOWAY, et al.**                                    **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court sua sponte. The Court, after a full review and consideration of the record in this case and relevant legal authority, finds that in accordance with its Order of Dismissal entered herewith,

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE** so that Walker may proceed with his claims in *Walker v. Holloway, et al.*, No. 1:17-cv-244-LG-RHW (S. D. Miss. filed Sept. 7, 2017).

**SO ORDERED AND ADJUDGED** this the 3rd day of November, 2017.

                                               s/ *Louis Guirola, Jr.*
                                               Louis Guirola, Jr.
                                               Chief United States District Judge